IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal Case No. 5:20-CR-00293-M
Civil Case No. 5:23-CV-00130-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JEROME COZART, ) | |
| ) | |
| Defendant/Petitioner. ) | |

These matters come before the court on the Petitioner's pro se Motion for Leave to Supplement Existing 2255 [DE 54], Motion for Extension of Time [DE 55], and "Motion2Dismiss" [DE 56].

Regarding the motion for leave to supplement, the court orders the United States to file a response to the motion on or before July 17, 2023.

For his motion seeking an extension of time, Petitioner asserts that he has not received a copy of the United States' Motion to Dismiss (DE 51). For good cause shown, the motion [DE 55] is GRANTED as follows. The Clerk of the Court is directed to provide copies of DE 51 and DE 52 to the Petitioner with a copy of this order. Petitioner shall file a response to the motion on or before July 24, 2023.

Like the other motions, the "Motion2Dismiss," is handwritten[1] and contains only the

---

[1] The court also notes that each of the three motions is in different handwriting and contain signatures that look different from each other.

following: "Motion2Dismiss in the matte [sic] 922(G). Think [sic] you." Given that this case is closed and the Petitioner already has a pending motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, the motion (even liberally construed) is vague and incomplete and, thus, the court cannot perceive the Petitioner's request for relief. Therefore, the motion [DE 56] is DENIED WITHOUT PREJUDICE to the Petitioner's ability to file a motion explaining the relief he requests.

SO ORDERED this 26th day of June, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE