IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal Case No. 5:20-CR-00293-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| JEROME COZART, | ) ) ) | |
| Defendant. | ) ) | |

This matter comes before the court on a letter filed by Defendant seeking information about a letter he received in February 2024 regarding a potential sentence reduction pursuant to Amendment 821 of the U.S. Sentencing Guidelines. DE 64. Defendant does not actually request a sentence reduction in this letter; therefore, the Clerk of the Court shall re-file the letter as a motion for clarification. As such, the motion is GRANTED as follows. The Clerk of the Court shall send to Defendant a copy of the case docket sheet for the period January 2024 to the present, as well as copies of the motion to withdraw filed by Laura Wasco (DE 60) and the court's order granting the motion (DE 61).

SO ORDERED this 13th day of September, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE