IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00293-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JEROME COZART, | |
| Defendant. | |

This matter comes before the court on the Defendant's pro se motions for reduction of sentence pursuant to Amendment 821 of the U.S. Sentencing Guidelines [DE 68, 70]. On October 8, 2024, the court directed the Federal Public Defender's Office to appoint an attorney to represent the Defendant for this limited matter (DE 68); however, no attorney has entered an appearance. Since that time, the U.S. Probation Office has filed a report concerning Defendant's eligibility to receive a reduction under Amendment 821 (DE 72).

Therefore, the court ORDERS that the Office of the Federal Public Defendant appoint counsel to represent the Defendant for the limited purpose of determining whether Defendant is entitled to a sentence reduction under Amendment 821.

SO ORDERED this 19th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE